PAUL D. VESTAL
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:   (406) 657-6101
FAX:     (406) 657-6989
Email:   paul.vestal@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
JAN 22 2026
Clerk, US District Court
District of Montana - Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **MICHAEL DEWAYNE RHODES, Defendant.** | CR 26-06-BLG-SPW **INDICTMENT** **PROHIBITED PERSON IN POSSESSION OF A FIREARM** Title 18 U.S.C. § 922(g)(1) (Penalty: 15 years of imprisonment, $250,000 fine, and three years of supervised release) **CRIMINAL FORFEITURE** Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

That on or about September 18, 2025, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, MICHAEL DEWAYNE RHODES, knowing he had been convicted of a crime punishable by imprisonment

1

for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth above, the defendant, MICHAEL DEWAYNE RHODES, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

2