IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL DEWAYNE RHODES,

Defendant.

CR 26-06-BLG-KSL-1

ORDER

The Court issued an Order denying Defendant's Motion to Dismiss the Indictment (Doc. 43) and an Order granting Defendant's Motion to Suppress (Doc. 44) on August 28, 2026. The government filed a Notice of Appeal (Interlocutory) from the Order suppressing evidence on August 31, 2026. (Doc. 46).

**IT IS HEREBY ORDERED:**

1. The trial currently set for September 21, 2026, is **VACATED** to be reset, if appropriate, following disposition of the interlocutory appeal.

2. The case is **STAYED** pending further notice from the Ninth Circuit Court of Appeals.

3. The United States shall file a motion to reset the case for trial upon the filing of the Ninth Circuit's Mandate, if appropriate.

4. For purposes of the Speedy Trial Act, all time between the date of the Notice of Appeal (Interlocutory) and the date of the Ninth Circuit's Mandate is excluded from the Defendant's speedy trial calculation. 18 U.S.C. §3161(h)(1)(C).

DATED this 15th day of September, 2026.

Kathleen Lane
KATHLEEN S. LANE
United States District Judge