IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL DEWAYNE RHODES,<br><br>Defendant. | CR-26-06-BLG-KSL<br><br>ORDER |

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 55), and for good cause appearing,

IT IS HEREBY ORDERED that the United States' Motion (Doc. 55) is **GRANTED**. The Indictment against Michael Dewayne Rhodes is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 25th day of September, 2026.

Kathleen Lane

KATHLEEN S. LANE
United States District Judge